**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

EASTERN DIVISION

| | |
|---|---|
| **JEFFREY J. IBACH,** ) | |
| ) | |
| Plaintiff, ) | Case No. EDCV 15-2647 AJW |
| ) | |
| v. ) | |
| ) | **J U D G M E N T** |
| **CAROLYN W. COLVIN,** ) | |
| **Acting Commissioner of the Social** ) | |
| **Security Administration,** ) | |
| ) | |
| Defendant. ) | |
| ──────────────────────── ) | |

**IT IS ADJUDGED** that defendant's decision is **affirmed.**

February 15, 2017

_/s/ Andrew J. Wistrich_
ANDREW J. WISTRICH
United States Magistrate Judge